UNITED STATES DISTRICT COURT **FILED**
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION  2012 JAN 23  AM 10: 27

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Jose F. Rosales
PLAINTIFF

6:12CV87-ORL-31 DAB

vs.

Sedgwick Claims Management
DEFENDANT

## COMPLAINT

Name: Jose F. Rosales
Address: 4865 Wellington Wood Circle #201
Kissimmee Fl. 34741

Phone No.: 866-220-8338

**SCANNED**

I have proof of document the never provide me an Interpreter in Sign Language they refuse to stop meeting told me in writing if stop meeting they not going pay me or see Doctor still never pay me was in meeting for more than 6 hours without interpreter hey I am deaf I don't read lip Please your Honor can I request for Lawyer. I want to Sue $200,000