**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOSE ROSALES,**

        **Plaintiff,**

-vs-                                                  Case No. 6:12-cv-87-Orl-31DAB

**SEDGWICK CLAIMS MANAGEMENT,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on Plaintiff's Motion to Proceed *in forma pauperis* (Doc. No. 2), filed January 23, 2012.

On January 25, 2012, the United States Magistrate Judge issued a report (Doc. No. 4) recommending that the case be dismissed and the motion to proceed *in forma pauperis* be denied. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. This case is **DISMISSED** for lack of jurisdiction and the Motion to Proceed *in forma pauperis* (Doc. No. 3) is **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 14, 2012.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                                        GREGORY A. PRESNELL
                                               UNITED STATES DISTRICT JUDGE